IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICOM HENRY EVANS and<br>JOHANNA ELAINE EVANS,<br><br>    Plaintiffs,<br><br>v.<br><br>FOSTER WHEELER ENERGY<br>CORPORATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 15-681-SLR-SRF<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 24th day of February, 2016, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 5, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 90) is adopted.

2. Plaintiffs' motion to remand (D.I. 36) is denied.

                                                                              _____<br>
                                                                              United States District Judge