IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICOM HENRY EVANS and<br>JOHANNA ELAINE EVANS,<br><br>        Plaintiffs,<br><br>v.<br><br>FLOWSERVE U.S. INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 15-681-SLR-SRF<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 8th day of March, 2017, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 15, 2017, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 207) is adopted.

2. Defendants Gardner Denver, Inc. (D.I. 146), Flowserve U.S., Inc. (D.I. 149), Atwood & Morrill Company, Inc. (D.I. 160), and Nash Engineering Company (D.I. 161) motions for summary judgment are granted.

                                                                         _____

                                                                         Senior United States District Judge