IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ICOM HENRY EVANS, et al., | : | CIVIL ACTION |
| | : | NO. 15-681 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALFA LAVAL, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **26th** day of **September, 2017,** after review of the August 30, 2017 Report and Recommendation filed by Magistrate Judge Sherry R. Fallon (ECF No. 213)[1], as well as the underlying motion, it is hereby **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. given the existence of a genuine dispute as to a material fact, the motion for partial summary judgment regarding punitive damages filed by John Crane, Inc. (ECF No. 143) is **DENIED.**

**AND IT IS SO ORDERED.**

*/S/ EDUARDO C. ROBRENO*
**EDUARDO C. ROBRENO,   J.**

---

[1] Neither party filed objections to the Report and Recommendation. See Henderson v. Carlson, 812 F.2d 874, 878–79 (3d Cir. 1987) ("[T]he failure of a party to object to a magistrate's legal conclusions may result in the loss of the right to de novo review in the district court.").