IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ICOM HENRY EVANS, et al., : CIVIL ACTION
: NO. 15-681
    Plaintiffs, :
:
v. :
:
ALFA LAVAL, INC., et al., :
:
    Defendants. :

**O R D E R**

**AND NOW**, this **26th** day of **September, 2017,** after review of the August 30, 2017 Report and Recommendation filed by Magistrate Judge Sherry R. Fallon (ECF No. 212)[1], as well as the underlying motions, it is hereby **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. in that there are no genuine disputes as to any material facts, the following motions for summary judgment are **GRANTED**:

    a. Foster Wheeler Energy Corporation (ECF No. 158);

    b. Warren Pumps, LLC (ECF No. 171);

**AND IT IS SO ORDERED.**

                             */S/ EDUARDO C. ROBRENO*
                             **EDUARDO C. ROBRENO, J.**

---

[1] Neither party filed objections to the Report and Recommendation. See Henderson v. Carlson, 812 F.2d 874, 878–79 (3d Cir. 1987) ("[T]he failure of a party to object to a magistrate's legal conclusions may result in the loss of the right to de novo review in the district court.").