IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHANNA ELAINE EVANS, Individually, and As Personal Representative of the Estate of ICOM HENRY EVANS, Deceased, and on Behalf of All Wrongful Death Beneficiaries,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN CRANE, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-681 (MN)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND FINAL JUDGMENT**

WHEREAS, on June 24, 2020, Magistrate Judge Hall issued a Report and Recommendation ("the Report") (D.I. 356) in this action recommending the Court deny Plaintiff's Motion for New Trial, or in the Alternative, Motion for Hearing and Permission to Interview Jurors (D.I. 350); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 9th day of July 2020 that the Report and Recommendation (D.I. 356) is ADOPTED. Plaintiff's Motion for New Trial, or in the Alternative, Motion for Hearing and Permission to Interview Jurors (D.I. 350) is DENIED.

IT IS FURTHER ORDERED that this Judgment and the one previously entered by this Court on November 1, 2019 (D.I. 349) are FINAL JUDGMENTS in this case.

2

IT IS FINALLY ORDERED that the Clerk of Court is directed to CLOSE this case.

_____
The Honorable Maryellen Noreika
United States District Court Judge